**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **COLIN STIEGLER,** *et al.*, | * |
| | * |
|     **Plaintiffs,** | * |
| | * |
| **vs.** | * CIVIL ACTION NO. 19-cv-01105-B |
| | * |
| **STARBUCKS CORPORATION,** | * |
| | * |
|     **Defendant.** | * |

## ORDER

Counsel for Defendant has notified the Court that the parties have reached a settlement of all claims and that this action is due to be dismissed. Upon consideration, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE.** Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated. Each party is to bear their own costs.

    **ORDERED** this **11th** day of **August, 2020.**

                                                  **/s/ SONJA F. BIVINS**
                                         **UNITED STATES MAGISTRATE JUDGE**